UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT ELEE TUCKER,<br><br>　　　　　Defendant. | No.  CR-03-117-FVS<br><br>ORDER |

**THIS MATTER** having come before the Court on December 17, 2007; Now, therefore

**IT IS HEREBY ORDERED:**

The defendant is released from the Bannum House.  All other terms and conditions of supervised release remain in effect.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this  18th    day of December, 2007.

　　　　　　　　　　　　　　　s/ Fred Van Sickle
　　　　　　　　　　　　　　　Fred Van Sickle
　　　　　　　　　　　　United States District Judge

ORDER- 1